**Order filed March 15, 2016**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-16-00175-CR

————————

### EX PARTE BADIH AHMAD AHMAD, Appellant

**On Appeal from the 182nd District Court
Harris County, Texas
Trial Court Cause No. 1484048**

## O R D E R

The clerk's record was filed March 11, 2016. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain a written order denying writ of habeas corpus.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before March 30, 2016, containing a written order denying writ of habeas corpus.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM